IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>JILL L. BROWN, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | NO. CIV. F-03-6775-OWW-P<br><br>**DEATH PENALTY CASE**<br><br>**ORDER RE: PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE REMEDIES**<br><br>Courtroom:    2<br>The Hon. Oliver W. Wanger |

This matter came before the Court on the application of Petitioner Raymond Anthony Lewis, requesting fourteen (14) days additional time to oppose Respondent's Motion to Dismiss for Lack of Exhaustion. In accordance with the Court's March 11 Order, Petitioner's opposition was due on April 14, 2005.

Good cause appearing, the Court hereby grant's Petitioner's application. Said opposition shall be due on April 28, 2005. Any reply thereto shall be filed by May 5, 2005.

IT IS SO ORDERED.

**Dated:   April 18, 2005**                    /s/ Oliver W. Wanger
b64h1h                                                 UNITED STATES DISTRICT JUDGE