UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY LEWIS, | 1:03-cv-6775 OWW |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | ORDER TO SHOW CAUSE RE: STATUS OF KEVIN G. LITTLE AS ATTORNEY OF RECORD |
| ROBERT L. AYERS, JR., Warden of the California State Prison at San Quentin, | |
| Respondent. | |

To Petitioner and his attorney of record, Kevin G. Little:

Kevin G. Little is ordered to appear on August 25, 2008, at 10:00 a.m. to show cause, if any he has, why he should not be relieved as counsel of record and this case transferred this file to new attorneys for the Plaintiff.

IT IS SO ORDERED.

**Dated:   August 1, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1