IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND ANTHONY LEWIS,**<br><br>Petitioner,<br><br>v.<br><br>**VINCENT CULLEN[1], ACTING WARDEN OF THE CALIFORNIA STATE PRISON AT SAN QUENTIN,**<br><br>Respondent | Case No. 1:03-cv-6775-OWW (DP)<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

This Court has read and approved the parties' Revised Joint Statement Regarding Exhaustion; Stipulation to AEDPA Timeliness; Proposed Schedule for Filing Answer; Agreement to Meet and Confer Post-Filing of Answer.

In accordance with the above, IT IS HEREBY ORDERED that:

1. All claims raised in the first amended petition for writ of habeas corpus (Doc. 58-2) are deemed exhausted;

2. The parties' stipulation as to AEDPA timeliness is effective;

3. Respondent is directed to file an answer without points and authorities, consistent with Rule 5 of 28 U.S.C. § 2254 Rules on or before January 31, 2011. The answer shall raise all substantive and procedural affirmative defenses Respondent intends to pursue; and

4. Within thirty days following the filing of the answer, the parties are directed to meet and confer to see if they can reach agreements on how to proceed toward fact development, hearing and briefing.

---

[1] The name of the party is substituted pursuant to Fed.R.Civ.P. 25(d).

1

IT IS SO ORDERED.

    Dated:   **November 10, 2010**           **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE