1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   RAYMOND ANTHONY LEWIS                    )   Case No. 1:03-cv-06775 LJO
                                             )
10                    Petitioner,            )   DEATH PENALTY CASE
                                             )
11       vs.                                 )   ORDER GRANTING RESPONDENT'S
                                             )   RENEWED THIRD REQUEST TO
12  KEVIN CHAPPELL, as Acting Warden of San  )   EXTEND THE SCHEDULE FOR MERITS
    Quentin State Prison,                    )   BRIEFING
13                                           )
                      Respondent.            )
14  _____)

15

16

17

18          This matter is before the Court on the renewed third unopposed motion of Respondent Kevin

19  Chappell, as Acting Warden of San Quentin State Prison (the "Warden") for a 14-day extension of time

20  within which to file his brief in opposition to the opening brief of Petitioner Raymond Anthony Lewis

21  ("Lewis").  Having reviewed the reasons submitted, the Court finds sufficient justification for the

22  requested 14-day extension.  No further extensions will be granted.

23  The motion IS GRANTED as follows:

24  1.      The Warden's opposition brief to Lewis's opening brief shall be filed on or before June 5, 2012;

25  2.      Lewis's reply brief shall be filed within 60 days from the filing of the Warden's opposition brief;

26  3.      The filing of Lewis's reply brief shall be followed by his motion for further factual development

27          pursuant to Rules 6, 7, and 8 of the § 2254 Rules, within 45 days.

28

03dp6775.OGrantRespRenewed3rdEOT4Briefing.Lew.wpd          1

1    4.      The Warden's opposition to Lewis's motion for further factual development shall be filed within

2         30 days of the motion;

3    5.      Lewis's reply shall be due within 20 days following the Warden's opposition.

5    IT IS SO ORDERED.

7    Dated:    May 18, 2012

                               /s/ Lawrence J. O'Neill

8                               Lawrence J. O'Neill

                             United States District Judge