UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND ANTHONY LEWIS<br><br>Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, as Acting Warden of San Quentin State Prison,<br><br>Respondent. | ) | Case No. 1:03-cv-06775 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S RENEWED THIRD REQUEST TO EXTEND THE SCHEDULE FOR MERITS BRIEFING |

This matter is before the Court on the renewed third unopposed motion of Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison (the "Warden") for a 14-day extension of time within which to file his brief in opposition to the opening brief of Petitioner Raymond Anthony Lewis ("Lewis"). Having reviewed the reasons submitted, the Court finds sufficient justification for the requested 14-day extension. No further extensions will be granted.

The motion IS GRANTED as follows:

1. The Warden's opposition brief to Lewis's opening brief shall be filed on or before June 5, 2012;
2. Lewis's reply brief shall be filed within 60 days from the filing of the Warden's opposition brief;
3. The filing of Lewis's reply brief shall be followed by his motion for further factual development pursuant to Rules 6, 7, and 8 of the § 2254 Rules, within 45 days.

4. The Warden's opposition to Lewis's motion for further factual development shall be filed within 30 days of the motion;

5. Lewis's reply shall be due within 20 days following the Warden's opposition.

IT IS SO ORDERED.

Dated:    May 18, 2012

          /s/ Lawrence J. O'Neill
          Lawrence J. O'Neill
          United States District Judge