IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAYMOND A. LEWIS,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden<br>of the California State Prison<br>at San Quentin,<br><br>    Respondent. | **DEATH PENALTY CASE**<br><br>No.  1:03-cv-06775-LJO<br><br>ORDER GRANTING PETITIONER'S REQUEST<br>TO SEAL DOCUMENTS |

GOOD CAUSE APPEARING, the following document and exhibit shall be lodged and maintained under seal until further order of this Court:

Exhibits 2, 9, 10, and 20, in support of Petitioner's Motion for Evidentiary Hearing (Doc. # 109).

IT IS SO ORDERED.

DATED: February 19, 2013.

                                                                /s/ Lawrence J. O'Neill
                                                                Lawrence J. O'Neill
                                                                United States District Judge

OGrantPetnrReq2FileExhibitsUnderSeal.Lew.wpd