IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND A. LEWIS,                               )     **DEATH PENALTY CASE**
                                                )
                    Petitioner,                 )
                                                )     No.  1:03-cv-06775-LJO
          v.                                    )
                                                )     ORDER GRANTING PETITIONER'S REQUEST
KEVIN CHAPPELL, Warden                          )     TO SEAL DOCUMENTS
of the California State Prison                  )
at San Quentin,                                 )
                                                )
                    Respondent.                 )
                                                )

        GOOD CAUSE APPEARING, the following document and exhibit shall be lodged and

maintained under seal until further order of this Court:

        Exhibits 2, 9, 10, and 20, in support of Petitioner's Motion for Evidentiary Hearing (Doc.

# 109).

    IT IS SO ORDERED.

DATED: February 19, 2013.

                                        /s/ Lawrence J. O'Neill
                                         Lawrence J. O'Neill
                                        United States District Judge

OGrantPetnrReq2FileExhibitsUnderSeal.Lew.wpd