1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY LEWIS,<br><br>        Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL,<br><br>        Respondent. | Old Case No. 1:03-cv-06775-LJO<br>New Case No. 1:03-cv-06775-LJO-SAB<br><br>ORDER ASSIGNING MAGISTRATE JUDGE STANLEY A. BOONE TO THIS ACTION |

IT IS HEREBY ORDERED that the Clerk's office shall assign Magistrate Judge Stanley A. Boone to this action.  The new case number shall be:

1:03-cv-06775-LJO-SAB

All future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

DATED: March 28, 2014

                                  **/s/ Lawrence J. O'Neill**
                                  United States District Judge