# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY LEWIS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPEL, Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:03-cv-06775 LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL EX PARTE<br><br>(ECF No. 144) |

On April 20, 2015, Petitioner, by and through counsel, filed a request to file ex parte and under seal separately submitted Notice of Filing of State Habeas Petition, Motion to Seal Document, and Proposed Order Granting Request to Seal.

The Court has reviewed the request and the separately submitted documents and HEREBY ORDERS that:

1. Petitioner's request is GRANTED such that the Clerk of the Court is directed to file under seal ex parte, Petitioner's Notice of Filing of State Habeas Petition, totaling two (2) pages, and Petitioner's Motion to Seal Document, totaling two (2) pages, and Petitioner's Proposed Order Granting Request to Seal Document,

totaling one (1) page.

IT IS SO ORDERED.

Dated: **April 27, 2015**

UNITED STATES MAGISTRATE JUDGE