# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPEL, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:03-cv-06775 LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENTS EX PARTE UNDER SEAL<br><br>(ECF No. 149) |

On September 21, 2015, Petitioner, by and through appointed counsel, the Office of the Federal Defender, filed notice of a request to file ex parte and under seal separately submitted (1) request to seal document, (2) status report re: state habeas petition, and (3) proposed order.

No opposition has been received and the time for submitting opposition has expired. Local Rule 141(c).

The Court has reviewed the request and the noted separately submitted documents and HEREBY ORDERS that:

1. Petitioner's request is GRANTED, the Clerk of the Court is directed to file ex parte and under seal Petitioner's (1) request to seal totaling two pages, (2) status report re: state habeas petition totaling three pages, and (3) proposed order totaling one page, and

1

2. The Clerk of the Court is directed to substitute Ron Davis as named Respondent in place of his predecessor wardens.

IT IS SO ORDERED.

Dated: **October 13, 2015**

UNITED STATES MAGISTRATE JUDGE

2