# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY LEWIS,<br><br>　　　　　Petitioner,<br>　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:03-cv-06775-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT<br><br>(Doc. No. 157) |

On September 17, 2018, Petitioner filed a Rule 59(e) motion to alter or amend the judgment entered August 20, 2018 upon memorandum and order: denying petitioner's motions for evidentiary hearing, record expansion, and discovery, denying the first amended petition for writ of habeas corpus, and issuing a certificate of appealability for claims 14, 15, 16, 17 and 18. (*See* Doc. Nos. 155 & 156.)

This order provides a schedule for Petitioner's motion.

Accordingly,

1. Respondent's opposition to the motion, if any, shall be filed not later than thirty (30) days following the filed date of this order,

2. Petitioner's reply to the opposition, if any, shall be filed not later than fifteen (15) days following the filed date of Respondent's opposition, whereupon the matter shall be deemed submitted.

3. The parties will be notified by minute order if a hearing is necessary.

IT IS SO ORDERED.

　Dated: **September 19, 2018**　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1